UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>FBI, et al.,<br><br>        Defendants. | No.  2:20-cv-0112-KJM-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 8, 2020, are adopted in full;
2. Plaintiff's complaint (ECF No. 1) is dismissed as frivolous;
3. The motion to amend (ECF No. 11) is denied;
4. All pending motions are denied as moot; and
5. The Clerk is directed to close the case.

DATED: August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE