UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLLARD, | No. 2:20-cv-0112-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| FBI, et al., | |
| Defendants. | |

On August 20, 2020, plaintiff's complaint was dismissed as frivolous and this case was closed. ECF No. 26. Judgment was duly entered. ECF No. 27. On August 24, 2020, after this case was closed, plaintiff filed a document alleging that he is a victim of "satellite terrorism." ECF No. 28. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: August 31, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE