UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FBI, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0112-KJM-EFB P<br><br><br><u>ORDER</u> |

　　　　On August 20, 2020, the court dismissed plaintiff's complaint as frivolous and this case was closed. ECF No. 26. The Clerk of Court then entered judgment. ECF No. 27.

　　　　On September 8, 2020, plaintiff filed a "Objections [to] the U.S. Judge who dismiss[ed] this case," which the court construes as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 32; *see also* ECF No 33 (second set of "objections"). So construed, the motion is denied. Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other reason justifying relief. Fed. R. Civ. P. 60(b). Plaintiff's motion does not satisfy the Rule 60(b) standards.

1  Accordingly, IT IS ORDERED that plaintiff's "Objections" (ECF Nos. 32, 33), construed
2  as a Rule 60(b) motion for relief from judgment, is DENIED.
3  DATED: September 30, 2020.

                                          CHIEF UNITED STATES DISTRICT JUDGE