UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BUFORD POLLARD, III,<br><br>         Plaintiff,<br><br>   v.<br><br>FBI et al.,<br><br>         Defendants. | No. 2:20-cv-00112-KJM-EFB<br><br>ORDER |

       The court has reviewed the objections, motion for relief, and motion to proceed to hearing at ECF Nos. 35–37. It construes these filings as motions to reconsider the order denying plaintiff's request for relief from judgment, ECF No. 34, and denies them. Similar motions and requests filed in the future will be disregarded.

       IT IS SO ORDERED.

DATED: October 21, 2020.

CHIEF UNITED STATES DISTRICT JUDGE